August 24, 2007

Mr. O. Rey Rodriguez
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Mr. James A. Rasmussen
Rasmussen Law Office
1101 Scott Avenue, Suite 17
Wichita Falls, TX 76307-8185

RE: Case Number: 06-0677
 Court of Appeals Number: 02-05-00203-CV
 Trial Court Number: CCL-634-04-E

Style: BOBBY ELLEDGE D/B/A ELLEDGE CONSTRUCTION COMPANY AND/OR ELLEDGE
 CONSTRUCTION COMPANY
 v.
 FRIBERG-COOPER WATER SUPPLY CORPORATION

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lori Bohannon |
| |Ms. Stephanie |
| |Robinson |